JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON,<br><br>    Plaintiff,<br>vs.<br><br>CREN MAN LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendant. | **Case No.: 2:19-cv-06133-PA-KS**<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: July 16, 2019<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Cren Man LLC, a California Limited Liability Company ("Defendant").

Dated: December 16, 2019

Hon. Percy Anderson
Judge, United States Court
Central District of California

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE